PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**08 CRIM 019**

DOCKET NUMBER *(Tran. Court)*
2:04-...0-MEF-1

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Quentin Bellinger | Middle District of Alabama | Northern |

NAME OF SENTENCING JUDGE: Honorable Mark E. Fuller

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| Supervised Release | 10/12/2007 | 10/11/2012 |

**OFFENSE**

Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Hydrochloride (Count 1)
Possess with Intent to Distribute Cocaine Hydrochloride and Aiding and Abetting (Count 2)
Possession of Counterfeit Note and Aiding and Abetting (Counts 3 to 54)

*JUDGE CROTTY*

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Middle___ DISTRICT OF ___Alabama___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Southern District of New York___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

17 December 2007
Date

*[signature]*
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Southern___ DISTRICT OF ___New York___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN 03 2008
Effective Date

*[signature]*
United States
Chief Magistrate Judge