

P50157/GLO

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

**MEMORANDUM**

08 CRIM 019

| | |
|---|---|
| **TO:** | Jim Molinelli, Miscellaneous Clerk |
| **FROM:** | George L. Olivares, United States Probation Officer |
| **RE:** | Quentin Bellinger |
| **DATE:** | December 26, 2007 |

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On October 1, 2004, the above-named individual was sentenced in the Middle District of Alabama outlined in the attached J & C.

In December 2007, we received the Prob. 22's endorsed by the Honorable Mark E. Fuller, Chief U.S. District Court Judge, ordering Mr. Bellinger's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5133.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

George L. Olivares
U.S. Probation Officer